

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jermar Jamie Fuller, Appellant

No. 06-18-00142-CR      v.

The State of Texas, Appellee

Appeal from the 30th District Court of Wichita County, Texas (Tr. Ct. No. 59,981-A).  Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Jermar Jamie Fuller, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED DECEMBER 14, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk